IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUSSELL WERTZ | : CIVIL ACTION |
| | : |
| v. | : NO. 24-2352 |
| | : |
| GOLD MEDAL ENVIRONMENTAL OF PA, INC., PARKS GARBAGE SERVICE INC. | : |

# ORDER

**AND NOW**, this 28th day of August 2024, upon reviewing Plaintiff's Motion for Conditional Certification and Court-Supervised Notice (ECF No. 24-1), Defendants' Opposition (ECF No. 27), for reasons detailed in today's accompanying Memorandum, and for good cause, it is **ORDERED** we **GRANT in part** Plaintiff's Motion (ECF No. 24-1) requiring:

1. We conditionally certify a Collective Action under the Fair Labor Standards Act subject to discovery on behalf of:

> **All current and former waste disposal drivers who worked for Gold Medal Environmental of PA Inc. and/or Parks Garbage Service Inc. anywhere in the United States from May 30, 2021 through the present.**

2. The parties, on or before **September 6, 2024** [venue subject to resolving concerns under our August 27, 2024 Order (ECF No. 29)], submit a joint proposed Schedule for Notice along with the agreed Court-facilitated Notice and consent form consistent with today's accompanying Memorandum allowing sixty days' notice to the putative members of the Collective.

KEARNEY, J.